Michael Robert Young, Richard H. Edwards, Edwards, Singer & Wolk, Clayton, for petitioner/appellant.

Nancy S. Everett, Clayton, for respondent/respondent.

## ORDER

### PER CURIAM.

This is an appeal from the trial court's judgment in a dissolution case. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).

Ellen H. Flottman, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and KENNEDY and BERREY, JJ.

## ORDER

### PER CURIAM.

Appellant appeals a jury verdict finding him guilty of six counts of forcible rape, one court of forcible sodomy, one count of use of a child in sexual performance, and two counts of abuse of a child. These convictions resulted in a sentence of seven consecutive life terms, two consecutive terms of seven years, and a concurrent five-year term.

Affirmed. Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Joseph K. PRATT, Jr., Appellant.**

**Joseph Kelly PRATT, Jr., Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. WD 43517, WD 44771.**

Missouri Court of Appeals,
Western District.

Feb. 18, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 31, 1992.

Application to Transfer Denied
April 21, 1992.

**Kraig M. LAGER, Appellant,**

v.

**Paul CASPARI, et al., Respondents.**

**No. 60370.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Feb. 25, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 8, 1992.

